No. 321, Misc.   PASCO v. BURKE, WARDEN.   Supreme Court of Pennsylvania.   Certiorari denied.

No. 1455, October Term, 1946.   FLAHERTY v. ILLINOIS, 331 U. S. 856.   Leave to file a fifth petition for rehearing denied.

No. 459.   JOHNSON v. UNITED STATES, 332 U. S. 852. Rehearing denied.   MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. 85, Misc., October Term, 1946.   EX PARTE DAYTON, 329 U. S. 690.   Rehearing denied.

No. 197, Misc.   THOMPSON v. PESCOR, WARDEN, 332 U. S. 834.   Rehearing denied.

FEBRUARY 16, 1948.

No. 545.   INDIANA EX REL. MAVITY v. TYNDALL ET AL. and
No. 557.   PACIFIC EMPLOYERS INSURANCE CO. v. INDUSTRIAL ACCIDENT COMMISSION ET AL.

Per Curiam: The appeals are dismissed for want of a substantial federal question.   C. James McLemore for relator in No. 545.   W. N. Mullen for appellant in No. 557.   Donald E. Wachhorst for Humphreys, appellee in No. 557.   Reported below: No. 545, 225 Ind. 360, 74 N. E. 2d 914; No. 557, 81 Cal. App. 2d 37, 183 P. 2d 344.

No. 10, Original.   UNITED STATES v. WYOMING ET AL. The motion of the United States for an interlocutory